Tom Don FRANANO, Appellant,

v.

UNITED STATES of America.
No. 16071.

United States Court of Appeals
Eighth Circuit.

March 16, 1959.

Tom Don Franano, pro se.

Edward L. Scheufler, U. S. Atty., and Joseph L. Flynn, Asst. U. S. Atty., Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellee.

Frank TRIOLA, Jr., Appellant,

v.

UNITED STATES of America.
No. 16061.

United States Court of Appeals
Eighth Circuit.

March 16, 1959.

Frank Triola, Jr., pro se.

Edward L. Scheufler, U. S. Atty., and Joseph L. Flynn, Asst. U. S. Atty., Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellee.